**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:08CV156**

| | |
|---|---|
| **VOLVO ROAD MACHINERY, INC.,**           ) | |
| )
| **Plaintiff,**           ) | |
| ) | |
| Vs.           ) | **O R D E R** |
| ) | |
| **J. D. EVANS, INC.,**           ) | |
| ) | |
| **Defendant.**           ) | |

**THIS MATTER** is before the Court on the parties' joint motion to stay the deadline for the Initial Attorney's Conference.  Although the Court will grant the relief sought, it does so for different reasons than those cited by the parties.

The parties have completed filing their respective responses and replies to the Defendant's motion to dismiss or, in the alternative, to transfer this action to the District of South Dakota.  The parties will not be required to hold the Initial Attorney's Conference or file the appropriate certificate of such conference until after Defendant's motion is ruled on by the Court.

2

**IT IS, THEREFORE, ORDERED** that the parties' joint motion to stay the Initial Attorney's Conference is **ALLOWED**, and such conference need not be held until further order of this Court.

Signed: August 19, 2008

Lacy H. Thornburg
United States District Judge