IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV156

| | |
|---|---|
| **VOLVO ROAD MACHINERY, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**J. D. EVANS, INC.,** )<br>)<br>**Defendant.** )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion for admission *pro hac vice* of Michael P. Healy to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and Michael P. Healy is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: September 15, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge